IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS BORLAND,

    Plaintiff,

v.

CATHY A. JESS, RANDALL R. HEPP and
CANDANCE WHITMAN,

    Defendants.

ORDER

Case No. 19-cv-235-jdp

On May 1, 2019, this case was closed after the court did not receive the $59.48 initial partial payment from plaintiff Demetrius Borland by the April 16, 2019 deadline. On May 8, 2019, plaintiff filed a motion for reconsideration of the closing of this case along with documentation indicating that a check was issued on behalf of plaintiff by the institution in the amount of $59.48 to cover the initial partial payment for this case. Dkt. 12 and 13. Due to a clerical oversight, the $59.48 check that was originally submitted on April 12, 2019 by plaintiff was not applied to his case. Clerk's office staff has since located the $59.48 check in the envelope that plaintiff submitted with his April 12, 2019 submission (dkt. 11); and the $59.48 payment has been applied to plaintiff's initial partial payment of the $350 fee for filing this case. As a result, plaintiff's motion for reconsideration is GRANTED.

ORDER

IT IS ORDERED that plaintiff Demetrius Borland's motion for reconsideration is GRANTED. The above case has been reopened and plaintiff's complaint is now under advisement for screening pursuant to 28 U.S.C. § 1915A. Once screening is complete, a separate order will issue.

Entered this 9th day of May, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge