IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS BORLAND,

    Plaintiff,

v.

CATHY A. JESS, RANDALL R. HEPP, and
CANDACE WHITMAN,

    Defendants.

Case No. 19-cv-235-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

9/10/2021
Date